IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| VERNON MONTGOMERY, | § | |
| | § | No. 384, 2020 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID Nos. 1710001043A (N) |
| Petitioner Below, | § | 1710001043B (N) |
| Appellee. | § | |

Submitted: January 28, 2021
Decided: February 23, 2021

Before **SEITZ**, Chief Justice; **VALIHURA** and **MONTGOMERY-REEVES**, Justices.

## <u>ORDER</u>

After careful consideration of the appellant's opening brief, the State's motion to affirm, and the record on appeal, we find it evident that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned in its order dated November 10, 2020.

NOW, THEREFORE, IT IS HEREBY ORDERED that the State's motion to affirm is GRANTED, and judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice